WISCONSIN APPLETON COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *Otjen & Otjen* of Milwaukee.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Nick Zimmish: *Padway, Goldberg & Tarrell* of Milwaukee.

*By the Court.*—Judgment affirmed.

ESTATE OF HAMILTON: KELLY and others, Appellants, vs. BERGER, Respondent.

For the appellants: *Thomas F. Millane* of Milwaukee.

For the respondent: *Milton Reik,* attorney, and *Lecher, Michael, Whyte & Spohn* and *Daniel K. Hopkinson* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

DAHL, Respondent, vs. BANK OF DALLAS, Appellant.

For the appellant: *Doar & Knowles* of New Richmond, and *A. J. Connors* of Barron.

For the respondent: *Frawley & Frawley* of Eau Claire.

*By the Court.*—Judgment affirmed.